**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ERICA O.,

       Plaintiff,

v.                                    No. 1:26-cv-00883-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

       Defendant.

### AMENDED ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 10), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

    **IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **July 20, 2026**.

    **IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **August 19, 2026**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

    **IT IS SO ORDERED** this 24th day of June, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE