**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ERICA O.,

Plaintiff,

v. No. 1:26-cv-00883-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**JUDGMENT**

Having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 22), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED** this 2nd day of November, 2026.

Kevin Sweazea

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE